UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE BOLDS,<br><br>          Plaintiff,<br><br>vs.<br><br>J. CAVAZOS, et al.,<br><br>          Defendants | Case No. 1:12 cv 01754 GSA PC<br><br>ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED COMPLAINT<br><br>AMENDED COMPLAINT<br>DUE IN THIRTY DAYS |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c).

    On January 10, 2014, an order was entered, dismissing this case in its entirety for failure to state a claim upon which relief could be granted.  On March 20, 2015, a memorandum judgment was entered by the U.S. Court of Appeals for the Ninth Circuit, affirming in part and reversing in part the January 10, 2014, order of dismissal.  The Ninth Circuit upheld the dismissal of Plaintiff's free exercise claim, unreasonable cell search claim and due process claims regarding the prison grievance process.

    Regarding Plaintiff's due process claim alleging an improper deprivation of property, the Ninth Circuit held that the claim "was properly dismissed because he presented only conclusory allegations of a deprivation pursuant to 'established state procedures.' . . .  However, dismissal of this claim without leave to amend was improper at this early stage in the case because it is not clear that Bolds cannot cure the defect through amendment."  Accordingly, the dismissal of that claim was vacated and remanded to allow Plaintiff an opportunity to amend that

claim.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall, within thirty days of the date of service of this order, filed a second amended complaint that is limited to the scope of the March 20, 2015, order by the Ninth Circuit.  Failure to comply with this order will result in dismissal of this action for failure to prosecute.

IT IS SO ORDERED.

Dated:   **June 10, 2015**

**/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE