# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE BOLDS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. CAVAZOS, et al.,<br><br>　　　　Defendants. | Case No.: 1:12-cv-01754-LJO-BAM (PC)<br><br>ORDER VACATING FEBRUARY 9, 2018 ORDER DISMISSING ACTION<br>[ECF No. 43]<br><br>ORDER GRANTING PLAINTIFF A **30-DAY** EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br>[ECF No. 45] |

Plaintiff Willie Bolds is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 9, 2018, the assigned magistrate judge issued findings and recommendations recommending that his action be dismissed for the failure to state a claim upon which relief may be granted. (ECF No. 42.) Plaintiff was given fourteen days to file objections to those findings and recommendations. Plaintiff did not file any objections, and the time in which to do so has expired.

On March 6, 2018, the Court adopted the findings and recommendations and dismissed this action for the failure to state a cognizable claim for relief. (ECF No. 43.) Judgment was entered accordingly that same day (ECF No. 44.)

On March 8, 2018, Plaintiff filed a motion for an extension of time to file objections to the findings and recommendations. In support, Plaintiff declares that on February 15, 2018, he was transferred to a different institution, and therefore did not receive the findings and recommendations until March 2, 2018. He then immediately filed the instant motion, seeking additional time to make objections and be heard on the matter.

1

1 | The Court finds good cause to grant Plaintiff an extension of time to file objections to the
2 | findings and recommendations under the facts and circumstances. Therefore, the dismissal order will
3 | be vacated.
4 | Accordingly, IT IS HEREBY ORDERED that:
5 | 1. Order dismissing this action for the failure to state a cognizable claim for relief, issued on
6 | March 6, 2018 (ECF No. 43), is vacated;
7 | 2. Plaintiff's motion for an extension of time, filed on March 8, 2018 (ECF No. 45), is
8 | granted; and
9 | 3. Plaintiff's objections to the magistrate judge's February 9, 2018 findings and
10 | recommendations are due within **thirty (30) days** of the date of this order.

IT IS SO ORDERED.

Dated: __March 12, 2018__           /s/ Lawrence J. O'Neill
                                     UNITED STATES CHIEF DISTRICT JUDGE