# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE BOLDS,<br><br>    Plaintiff,<br><br>v.<br><br>J. CAVAZOS, et al.,<br><br>    Defendants. | Case No.: 1:12-cv-01754-LJO-BAM (PC)<br><br>Appeal No. 18-15506<br><br>ORDER REGARDING IN FORMA PAUPERIS STATUS ON APPEAL |

Plaintiff Willie Bolds is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On March 13, 2018, the Court dismissed this action for failure to state a claim. (ECF Nos. 48, 49.) On March 27, 2018, Plaintiff filed a notice of appeal. (ECF No. 50.)

On March 29, 2018, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal. 28 U.S.C. § 1915(a)(3). The Court finds that this appeal is not taken in bad faith and is not frivolous. Accordingly, *in forma pauperis* status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

Dated: __**March 30, 2018**__          /s/ *Barbara A. McAuliffe* _
                                                    UNITED STATES MAGISTRATE JUDGE